**Leah Solomon**
3220 Conservation Place
Melbourne, FL 32934
305-910-8595
4everleah@gmail.com
8/22/2025

**Honorable Judge Darrin P. Gayles**
Southern District of Florida
400 N Miami Avenue- Suite 8N09
Miami, Florida 33128

**Re: Request for Permission to Travel and Obtain Passport**
Case No.: **1:19-cr-20674-DPG-11**

Dear Judge Gayles:

I respectfully write to request permission to travel with my family on a planned vacation and to obtain my passport for this purpose. I understand that I am currently on probation, and I want to assure the Court that I am in full compliance with all conditions and requirements imposed on me.

The details of the requested travel are as follows:

- **Dates of Travel:** November 20, 2025 – November 30, 2025
- **Destination:** Carnival Cruise Line, Miami, Florida to Eastern Caribbean ports
- **Purpose of Travel:** Family vacation with my children, Daughter's Birthday

This trip is an opportunity to spend meaningful time with my children, and I am committed to returning as scheduled on November 30, 2025.

I kindly request the Court's permission to:

1. Obtain or renew my passport for this travel.
2. Travel outside the United States during the dates specified above.

I am willing to provide any necessary documentation, including full travel itineraries, proof of ticket purchase, and any other information the Court may require ensuring compliance.

Thank you very much for your time and consideration of my request.

Respectfully submitted,

*Leah Solomon*
Leah Solomon

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-DPG-11 GAYLES

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LEAH SOLOMON,

Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Leah Solomon's Unopposed Motion to Travel Internationally and Obtain or Renew passport. It is hereby ORDERED AND ADJUDGED that said motion is GRANTED. The court approves the itinerary as set forth in Ms. Solomon's motion and she may travel on Carnival Cruise Line November 20, 2025, to November 30th, 2025. Mrs. Solomon may also travel for any emergencies relating to her children while in the Caribbean Area.

DONE AND ORDERED at Miami, Florida on this ____ day of August, 2025.

_____
Honorable Darrin P. Gayles,
UNITED STATES DISTRICT
JUDGE

