UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20674-Cr-GAYES

UNITED STATES OF AMERICA

v.

LEAH SOLOMON,

       Defendant.

_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT SOLOMON'S MOTION TO TRAVEL

    Defendant Leah Solomon has filed a motion seeking authorization from the court to obtain a U.S. passport, and to travel to foreign countries. The United States opposes this request.

    Foreign travel is generally prohibited for defendants on supervised release. Permission to leave the United States is normally granted only in exceptional circumstances and for good cause. The obvious reason for the restriction is that the Probation Office has no way to monitor or supervise the activities of someone in a foreign country. If she engages in a business venture in a foreign country, it would be difficult for Probation to ensure that it is an honest one. Foreign travel also provides an opportunity to abscond from supervision. Accordingly, this privilege should only be granted to defendants who have a real need to leave the country, not just to let them enjoy a family vacation. And it should be limited to defendants who have shown that they are trustworthy and responsible.

    Defendant Solomon has demonstrated that she fits the opposite of that description. While on supervised release, she attempted to surreptitiously obtain a passport in a false name; failed to pay the forfeiture she had agreed to as part of her plea agreement; spent money – tens of thousands of dollars – for luxury goods and services for herself, from funds that she was obligated to forfeit to the United States, and

lied about her whereabouts, claiming to the U.S. Attorney's Office on one occasion that she was extremely ill at home when she actually was out getting her nails done.

Because she has shown such disregard for the rules and for her own agreements, and shown a lack of gratitude for the leniency the Court granted her in sentencing in respect for her family obligations, her motion should be denied. She has not shown that she merits the special privilege she seeks.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/Frank H. Tamen
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 261289
99 Northeast 4th Street, Suite 700
Miami, Florida 33132-2111
Telephone: 305-961-9022
Email: Frank.Tamen@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2025, a copy of the forgoing was mailed to the defendant at 3220 Conservation Place, Melbourne, FL 32934.

By:   /s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney