September 9, 2025

Honorable Darrin P. Gayles

United States District Judge

Southern District of Florida

Re: United States v. Leah Solomon, Case No. 1:19-cr-20674-DPG

Dear Judge Gayles,

I respectfully write to you in support of my request for permission to travel with my daughter on a family cruise scheduled for November 20–30, 2025.

I want the Court to know that I have already served my time in prison and I continue to comply with all the requirements of supervised release. Unlike many other defendants in this case, I was denied a reduction in sentence, yet I accepted that outcome, completed my sentence in full, and I am now doing everything asked of me. I take my obligations very seriously and I am committed to moving forward in a positive way.

The Government has suggested that I once attempted to obtain a passport in a false name. I want to clarify that the name in question was my legal married name, not a false identity. I understand the seriousness of these proceedings, and I would never intentionally mislead the Court or my probation officer.

Your Honor, I am simply asking for the chance to spend this short trip with my daughter. This cruise is a special family event, and I do not want her to feel deprived of sharing it with me. I know I have made mistakes in the past, but I have paid for those mistakes with my time served, and I am still proving each day that I can follow the rules. I believe I deserve the same second chance that others have received.

If granted permission, I will provide my full travel itinerary to Probation, surrender my passport immediately upon my return, and comply with any check-in requirements during the trip.

I respectfully ask the Court to grant me this opportunity to make a meaningful memory with my daughter. Thank you for your time, your consideration, and the fairness you bring to this case.

Respectfully submitted,

Leah Solomon

Defendant, Pro Se

