UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**United States of America,**
Plaintiff,

v.
**Leah Solomon,**
Defendant.

Case No.: 1:19-cr-20674-DPG

---

# DEFENDANT SOLOMON'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO TRAVEL

I, Defendant Leah Solomon, respectfully submit this reply to the Government's opposition to my motion for authorization to obtain a U.S. passport and to travel briefly with my family.

---

## 1. Nature of My Request

I am **not seeking open-ended foreign travel or any business ventures abroad**. I am requesting narrowly tailored permission to:

- Obtain a U.S. passport, and
- Travel on a **single family cruise vacation with my daughter** from **November 20–30, 2025**, returning immediately thereafter.

This request is limited, specific, and solely for family purposes.

---

## 2. I Have Served My Time and Paid My Debt

I have already **served my time in federal prison** and completed the sentence this Court imposed. Unlike other defendants in this case, I was denied a reduction of sentence. Nonetheless, I accepted the Court's ruling, completed my sentence in full, and I am now under supervision.

I continue to comply with every requirement of supervised release. Whatever mistakes I made in the past, I have paid for them already. Supervised release is meant to help with reintegration, not to impose additional punishment beyond what has already been served.

### 3. Clarification of the Passport Allegation

The Government alleges that I once attempted to obtain a passport "in a false name." This is incorrect. The name I used was my **legal married name**, not a false identity. I did not attempt to deceive the government or use fraudulent identification.

### 4. Rehabilitation and Equal Treatment

I respectfully point out that many other defendants in this case were granted leniency or reductions. I have not been afforded the same. Mr. Tamen, in particular, has shown no leniency toward me. Despite this, I have followed all the rules and demonstrated that I am capable of living responsibly.

I believe I should not continue to be punished for the past mistakes for which I have already served my time. I deserve, like others, a second chance. Allowing me to take this short trip with my daughter would support family unity and rehabilitation, not undermine it.

### 5. Willingness to Accept Safeguards

I am willing to accept any safeguards the Court or Probation deems necessary, including:

- Providing my complete travel itinerary, booking confirmation, and contact information in advance.
- Surrendering my passport immediately upon return.
- Checking in with Probation during the trip as directed.

### CONCLUSION

I respectfully request that this Court grant me permission to obtain a U.S. passport and to travel on this single family vacation from November 20–30, 2025. I have served my time, I am complying with all supervision requirements, and I only wish to spend this short and meaningful time with my daughter—just as any other parent would.

Respectfully submitted,

Dated: __9/9/25__

Leah Solomon
Defendant, Pro Se

