UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

vs.

LEAH SOLOMON,

Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that Adam S. Fels of Fridman Fels & Soto, PLLC enters his appearance as counsel of record for Defendant LEAH SOLOMON. Undersigned counsel has been retained for the purposes of seeking early termination of Ms. SOLOMON's term of supervised release and not for any other purpose.  The Clerk of Court is requested to send copies of any and all court filings and notices pertaining to this case to undersigned counsel at the email address provided in the Court's CM/ECF system.

Respectfully submitted,

/s Adam S. Fels
Adam S. Fels
Florida Bar No. 0114917
afels@ffslawfirm.com
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle
Suite 715
Coral Gables, FL 33134
Tel: (305) 569-7701
Fax: (786) 627-4145

Counsel for LEAH SOLOMON