UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

vs.

LEAH SOLOMON,

 Defendant.

_____/

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW Defendant LEAH SOLOMON, by and through the undersigned counsel, and hereby moves this Court for early termination of Defendant's 24-month term of supervised release, and in support whereof does state:

1)      Defendant Leah Solomon ("Ms. Solomon") began cooperating with the federal government at least as early as May 2020.  Through the course of her cooperation with the Government, she voluntarily provided information about the criminal scheme to which she ultimately pleaded guilty, as well as provided a number of incriminating messages implicating other individuals who were ultimately charged by the Government and pleaded guilty.  Ms. Solomon agreed to cooperate with the Government both to attempt to atone for her own misconduct as well as to receive a reduction in sentencing.

2)      On February 17, 2022, after Ms. Solomon pleaded guilty, this Court sentenced Ms. Solomon to a 30-month term of incarceration, followed by a 24-month term of supervised release. Judgment, DE # 513.

3)      Following her sentencing, Ms. Solomon and the Government jointly recommended an extension of the time for voluntary surrender because she was expected to be a trial witness

against a co-defendant. Joint and Agreement Motions to Extend Voluntary Surrender Date, DE # 532, 617, 720, 740.

4)      Ultimately Ms. Solomon was ordered to voluntarily surrender on September 18, 2023 and serve her prison sentence. Order, DE # 782.  Ms. Solomon did in fact surrender and served her term of incarceration.

5)      Despite Ms. Solomon's cooperation, the United States Attorneys' Office ultimately decided not to file a motion to reduce her sentence.

6)      On March 12, 2025, Ms. Solomon was released from BOP custody and began her two-year term of supervised release on that date.

7)      Since her release, Ms. Solomon obtained and has maintained employment, provides her probation officer with updates on her financial situation, and has not violated any of the terms of her supervision.

8)      In addition to maintaining her employment and carrying for her minor children, Ms. Solomon has volunteered her time to a charity called Benefits For Humanity, Inc. Exh. "A" – March 2, 2026 Letter from V. Kitzen.

9)      As such, Ms. Solomon has been an exemplary supervisee, and, given her service of at least one year of her two-year term of supervised release, this Court should find that early termination of her term of supervised release is warranted by her conduct and the interest of justice, *see* 18 U.S.C. § 3583(e)(1) (Court may terminate term of supervised release "at any time after the expiration of one year of supervised release" if satisfied "such action is warranted by the conduct of the defendant release and in the interest of justice."

2

10)     While the Government ultimately did not file a Rule 35 motion on Ms. Solomon's behalf, the fact that she cooperated with the Government for years demonstrates her efforts to rehabilitate and remedy her past errors.

11)     Last October, this Court previously granted a similar motion for early termination of supervised release after a co-defendant served one year of a **three**-year term of supervised release.   Carlos Gonzalez Unopposed Mot. for Early Termination (DE 1158); Paperless Order Granting Motion (DE 1163).

12)     The undersigned conferred with the AUSA Frank Tamen, who stated that the USAO would oppose a motion for early termination. The undersigned also conferred with Ms. Solomon's probation officer, who stated that her office would provide its position on the motion upon the Court's request.

In light of the foregoing, Ms. Solomon respectfully moves this Honorable Court for an order granting the instant Motion for Early Termination of Supervised Release.

Respectfully submitted,

/s Adam S. Fels
Adam S. Fels
Florida Bar No. 0114917
afels@ffslawfirm.com
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle
Suite 715
Coral Gables, FL 33134
Tel: (305) 569-7701
Fax: (786) 627-4145

Counsel for LEAH SOLOMON

3