**Benefits For Humanity, Inc.**

2935 NE 163 St Suite 2T

North Miami Beach, FL 33160

786 899-1733

www.benefitsforhumanity.org

March 2, 2026

Honorable Judge Gayles ,

I am writing to respectfully bring to the Court's attention the exemplary character and volunteer service of Leah Solomon. Leah has volunteered with our organization on a monthly basis. Benefits For Humanity consists of collecting pallets of donated food from Whole Foods Market and distributing them to needy and homeless families throughout the community. Leah has been a reliable and consistent participant in these efforts.

In addition, Leah personally introduced Benefits For Humanity to Chabad Chayil and Rabbi Moshe Kievman. Through this connection, our organization now delivers large quantities of Zak the Baker bread every Monday, Tues, and Thursday, further expanding the assistance we are able to provide.

Leah has also dedicated her time every Thanksgiving and Christmas helping to prepare 21 full size trays of holiday meals. These meals are served at 3 separate locations: South beach, Tent City and a restoration home.

Leah's consistent, selfless service demonstrates a deep and genuine dedication to helping others and strengthening our community.

Thank you for considering this information.

Respectfully submitted,

Vicki Kitzen, Pres.

Benefits For Humanity