UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

vs.

LEAH SOLOMON,

    Defendant.

_____/

**[PROPOSED] ORDER ON MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

THIS MATTER is before the Court on Leah Solomon's Motion for Early Termination of Supervised Release. The Court, being informed in the premises, finds that the Movant has served at least one year of her supervised release term, and finds that early termination of her term of supervised release is warranted by her conduct and is in the best interest of justice. Therefore, it is

ORDERED AND ADJUSTED that the Motion is GRANTED and that Leah Solomon's term of supervision is hereby terminated.

DONE AND ORDERED this _____ day of _____, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE