**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 19-CR-20674-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**LEAH SOLOMAN,**

    **Defendant.**
_____/

**ORDER DENYING DEFENDANT'S**
**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

This matter is before the Court on Defendant Lean Soloman's Motion for Early Termination of Supervised Release. [ECF No. 1185]. The Defendant's Motion is opposed by the Government [ECF No. 1186] and the U.S. Probation Office.

Pursuant to Title 18, United States Code, § 3583(e), the Court may terminate a term of supervised release at any time after the expiration of one year of supervised release after considering the factors in § 3553(a) and if the Court is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. The Defendant is eligible for consideration of termination as more than one year of her supervised release has expired. However, after considering the applicable § 3553(a) factors and the Defendant's underlying criminal conduct, the Court agrees with the Government that the Defendant's conduct over her short time on supervised release does not warrant early termination and that it is not in the interest of justice to terminate her supervised release at this time.

**THEREFORE**, Defendant's Motion for Early Termination of Supervised Release is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 6th day of May, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE